UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAY BRADSHAW,

                       Plaintiff,
    v.                                              9:19-CV-931
                                                                 (BKS/DJS)

W. BURNS, *et al.*,

                       Defendants.

---

**APPEARANCES:**                                         **OF COUNSEL:**

JAY BRADSHAW
08-A-3654
Plaintiff, *Pro Se*
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871

HON. LETITIA JAMES                          ROBERT J. ROCK, ESQ.
Attorney General of the State of New York    Assistant Attorney General
Attorney for Defendants
The Capitol
Albany, New York 12224

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

The undersigned has determined that recusal is appropriate in this case pursuant to 28 U.S.C. § 455(a). Accordingly, this case must be assigned to a different Magistrate Judge.

**WHEREFORE**, it is hereby

**ORDERED**, that the undersigned disqualifies himself from assignment to this case in accordance with General Order 12(G)(7) and 28 U.S.C. § 455(a); and it is further

**ORDERED**, that in accordance with General Order 12(G)(7), the Clerk of the Court shall reassign this case at random; and it is further

**ORDERED**, that the Clerk of the Court shall serve this Order on all parties to this action in accordance with Local Rules.

**IT IS SO ORDERED**.

Dated: May 10, 2021
      Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge